```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Yorgo Foods, Inc.

    v.                     Case No. 08-cv-438-SM

Orics Industries, Inc.


<u>ORDER</u>

Re: Document No. 32, Amended Motion to Compel Discovery

Ruling: Granted. The record as it currently stands suggests that the requested information is relevant to plaintiff's contract breach claim (e.g. in relation to the determination of a commercially reasonable time under the circumstances) and to its still extant claims based on misrepresentation and fraudulent inducement. However, the detailed information related to client identity, price, and other proprietary information may be redacted. Should the parties be unable to agree on appropriate redaction or coverage under the protective order, the information may be filed for in camera review and the court will redact and disseminate the information after considering the defendant's protective claims.

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

Date: July 20, 2010

cc: Paul R. Kfoury, Sr., Esq.
    Ronald E. Cook, Esq.
    Andrew B. Livernois, Esq.
    Lisa Lee, Esq.